### SUPREME COURT OF ERRORS, A. D. 1793.

ROCKWELL AND TOWN OF EAST WINDSOR v. FOSTER.

ERROR from the judgment of the Superior Court affirming a judgment of the County Court in the county of Tolland, in an action by said Foster against said town of East Windsor, for an additional bounty granted by said town to soldiers who enlisted into the continental army.

Judgment of the Superior Court reversed.

By the COURT. The vote of the town of East Windsor, as recited at large in the declaration, and on which this action is brought, appears by the declaration to be made and passed with reference to a resolution of the general assembly of this state, held at Middletown in December A. D. 1776, and on the same proposals and conditions contained in said resolve of assembly, which is also recited at large in the declaration, in and by which it is resolved, that all able-bodied noncommissioned officers and soldiers, who then had or should speedily enlist into either of the battalions ordered by the assembly of this state to be raised in this state, for the term of the then present war, or for the term of three years from their enlistment, unless sooner discharged, should be entitled to have and receive the additional premium of £10 in addition to the

premium, wages and encouragement offered and given by the continental Congress.

The declaration then goes on and states, that on or about the 6th of May A. D. 1777, the said Foster, being an inhabitant of East Windsor, did enlist into Capt. Blackman's company, in Col. Henry Sherburn's regiment, according to the proposals of the general assembly of this state, but doth not allege that he enlisted according to the proposals contained in the same resolve of assembly, referred to in said vote of the town of East Windsor.

Nor is it alleged or averred in the declaration, that Col. Henry Sherburn's regiment was one of the regiments or battalions ordered by the assembly of this state to be raised in this state, which is an essential part of the proposals in said resolve of assembly, to entitle a soldier to receive the additional bounty of £10 from the state, or the bounty from the town of East Windsor, which was offered on the same proposals and conditions contained in said resolve of assembly, and extends to none but such men as enlisted into the battalions ordered by the assembly of this state to be raised in the state.

The declaration therefore states no sufficient grounds to entitle said Foster to receive the bounty demanded, and is therefore ill and insufficient on demurrer.

The plea of the defendants in said original action, viz. That said Foster was procured and hired by Cleaveland and Payne to enlist into one of the continental battalions, then to be raised in this state according to another act of assembly of this state, is a sufficient answer to said declaration and ought on demurrer to have been so adjudged by said Court of Common Pleas and by the Superior Court.